**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00186-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SAMUEL EVERETT,

    Defendant.

---

**ORDER**

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed.

Dated:  December 20, 2005

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge