**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00186-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SAMUEL EVERETT,

        Defendant.

---

**ORDER GRANTING DECREASE OF OFFENSE LEVEL**

---

The Court has considered the motion of the United States of America to decrease the defendant's offense level by one additional level pursuant to United States Sentencing Guideline § 3E1.1(b).

It is hereby ORDERED that said motion is GRANTED.

Dated: December 20, 2005

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge